# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **CASE NO.: 4:19-CR-148-1** |
| **EARL WILLIAMS,** | |
| Defendant. | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed in the above-styled matter by Attorney Matthew G. Midgett for the dates of December 16, 2019 through December 20, 2019, the same is hereby GRANTED.

SO ORDERED this, the ____ day of October, 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA